

SEALED

FILED

JUN 1 6 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
*ex rel.* GNGH2 Inc.,

Plaintiffs,

v.

SPERIDIAN TECHNOLOGIES, LLC,
BENEFITALIGN, LLC,
XELLERATION, LLC,
TRUECOVERAGE, LLC,
SPERIDIAN TECHNOLOGIES, LLC
as successor to EDATAWORLD, LLC,
BUSINESS ADVANTAGE
CONSULTING INC., and
HELIX BUSINESS SOLUTIONS, LLC

Defendants.

Case No. 24-cv-00628-SH

FILED UNDER SEAL

**United States' Notice of Election to Intervene**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United

States notifies the Court of its election to intervene in this action settlement purposes.

The United States, Relator GNGH2, Inc., and Defendant Eurecat U.S. Incorporated

entered into a Settlement Agreement which will result in the dismissal of the United

States' claims in this action.

The United States requests that Relator's Complaint, this Notice, and the

attached proposed Order be unsealed. The United States requests that all other

papers on file in this action remain under seal because in discussing the content and

extent of the United States' investigation, such papers are provided by law to the

Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully Submitted,

CLINTON J. JOHNSON
United States Attorney

Michael J. Cooper, OBA No. 22531
Assistant United States Attorney
U.S. Department of Justice
U.S. Attorney's Office | Northern District of Oklahoma
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
T: (918) 382-2715 | F: (918) 560-7938
michael.cooper3@usdoj.gov

Dated: June 16, 2026.